IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AARIS D'JUAN JEFFERSON, SR.                                                                 PLAINTIFF

v.                                          Case No. 6:23-cv-06018

CHIEF STEVEN ELROD, SGT. ROBERT
HUFFMAN, and RICHARD MIDKIFF                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 23, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Plaintiff Aaris D'Juan Jefferson, Sr. has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of the Court is hereby **DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration. Finally, any appeal from this dismissal would not be taken in good faith, and a certificate of appealability shall not issue. *Id.* at § 1915(a)(3).

**IT IS SO ORDERED**, this 12th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge